# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BRENNECKE, VERNON L § Case No. 13-46842
BRENNECKE, SHARON §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/06/2013 . The undersigned trustee was appointed on 12/06/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   27,367.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 15.64 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]      $   27,351.48

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  05/22/2014  and the deadline for filing governmental claims was  05/22/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,486.71 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,486.71 , for a total compensation of $ 3,486.71 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2015         By: /s/GINA B. KROL
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-46842 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BRENNECKE, VERNON L | | | Date Filed (f) or Converted (c): | 12/06/13 (f) |
| | BRENNECKE, SHARON | | | 341(a) Meeting Date: | 01/14/14 |
| For Period Ending: | 08/26/15 | | | Claims Bar Date: | 05/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 144,000.00 | 0.00 | | 0.00 | FA |
| 2. One Third Interest in R/E | 180,000.00 | 27,367.12 | | 27,367.12 | FA |
| 3. Cash | 150.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 300.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 9. A/R | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Dump Truck | 4,800.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Ford P/U | 3,400.00 | 0.00 | | 0.00 | FA |
| 12. 1989 Storage Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Landscaping Equipment | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $336,250.00 | $27,367.12 | | $27,367.12 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review
August 05, 2015, 01:06 pm

Trustee is awaiting sale/settlement order. October 01, 2014, 01:44 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: | 13-46842    DRC   Judge: Donald R. Cassling |
| Case Name: | BRENNECKE, VERNON L |
| | BRENNECKE, SHARON |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 12/06/13 (f) |
| 341(a) Meeting Date: | 01/14/14 |
| Claims Bar Date: | 05/22/14 |

Trustee filed an adversary to sell r/e free and clear of interests. Case was settled based upon filed claims.

February 22, 2014  2:12 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____   Date: 08/26/15
    GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-46842 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BRENNECKE, VERNON L | | Bank Name: | ASSOCIATED BANK |
| | BRENNECKE, SHARON | | Account Number / CD #: | *******7657 Checking Account |
| Taxpayer ID No: | *******5758 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/14 | 2 | Litsia Vago | Sale Proceeds | 1110-000 | 27,367.12 | | 27,367.12 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 15.64 | 27,351.48 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |

| Account *******7657 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 Deposits | | 27,367.12 | 1 | Checks | 15.64 |
| 0 Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 27,367.12 | 0 | Transfers Out | 0.00 |
| 0 Adjustments In | | 0.00 | | Total | $ 15.64 |
| 0 Transfers In | | 0.00 | | | |
| | Total | $ 27,367.12 | | | |

/s/     GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 13-46842 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BRENNECKE, VERNON L | | Bank Name: | ASSOCIATED BANK |
| | BRENNECKE, SHARON | | Account Number / CD #: | *******7657  Checking Account |
| Taxpayer ID No: | *******5758 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 08/26/15
                    GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 26, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-46842  **Priority Sequence**
Debtor Name: BRENNECKE, VERNON L    Joint Debtor: BRENNECKE, SHARON

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60606 | Administrative | | $293.00 | $293.00 | $293.00 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60603 | Administrative | | $0.00 | $9,217.00 | $9,217.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60603 | Administrative | | $0.00 | $44.98 | $44.98 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,486.71 | $3,486.71 |
| 000001<br>070<br>7100-00 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Unsecured | | $0.00 | $2,401.03 | $2,401.03 |
| 000002<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $11,187.13 | $11,187.13 |
| 000003<br>070<br>7100-90 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $1,196.04 | $1,196.04 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $15.64 | $15.64 |
| | Case Totals: | | | $293.00 | $27,841.53 | $27,841.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46842
Case Name: BRENNECKE, VERNON L
             BRENNECKE, SHARON
Trustee Name: GINA B. KROL

Balance on hand $ 27,351.48

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,486.71 | $ 0.00 | $ 3,486.71 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,217.00 | $ 0.00 | $ 9,217.00 |
| Charges: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Adams Levine Surety Bond Agency | $ 15.64 | $ 15.64 | $ 0.00 |
| Other: Cohen & Krol | $ 44.98 | $ 0.00 | $ 44.98 |

Total to be paid for chapter 7 administrative expenses $ 13,041.69

Remaining Balance $ 14,309.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,784.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | $ 2,401.03 | $ 0.00 | $ 2,323.98 |
| 000002 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 11,187.13 | $ 0.00 | $ 10,828.15 |
| 000003 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 1,196.04 | $ 0.00 | $ 1,157.66 |
| | Total to be paid to timely general unsecured creditors | | | $ 14,309.79 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE