UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BRENNECKE, VERNON L | § | Case No. 13-46842 DRC |
| BRENNECKE, SHARON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     JEFFREY P. ALLSTEADT
     219 S. Dearborn Street
     Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/18/2015 in Courtroom 240,
     Kane County Courthouse
     100 S. Third Street
     Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2015        By: JEFFREY P. ALLSTEADT
                   Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BRENNECKE, VERNON L § Case No. 13-46842 DRC
BRENNECKE, SHARON §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 27,367.12 |
| and approved disbursements of | $ | 15.64 |
| leaving a balance on hand of[1] | $ | 27,351.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,486.71 | $ 0.00 | $ 3,486.71 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,217.00 | $ 0.00 | $ 9,217.00 |
| Charges: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Adams Levine Surety Bond Agency | $ 15.64 | $ 15.64 | $ 0.00 |
| Other: Cohen & Krol | $ 44.98 | $ 0.00 | $ 44.98 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 13,041.69 |
| Remaining Balance | $ 14,309.79 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,784.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | $ 2,401.03 | $ 0.00 | $ 2,323.98 |
| 000002 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 11,187.13 | $ 0.00 | $ 10,828.15 |
| 000003 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 1,196.04 | $ 0.00 | $ 1,157.66 |
| | Total to be paid to timely general unsecured creditors | | $ | 14,309.79 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Vernon L Brennecke
Sharon Brennecke
    Debtors

Case No. 13-46842-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 2     Date Rcvd: Aug 28, 2015
                  Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2015.

```
db/jdb         Vernon L Brennecke,    Sharon Brennecke,    4N173 Addison Rd.,    Villa Park, IL  60181
aty           +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
21298770       American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
21847781       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21298771      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998)
21298772      +Carsons Signature,    PO Box 5253,    Carol Stream, IL 60197-5253
21298773      +Chase (ink),    PO Box 15153,    Wilmington, DE 19886-5153
21298774       Chase Amazon,    PO Box 15153,    Wilmington, DE 19886-5153
21298775      +Chase Freedom,    PO Box 15153,    Wilmington, DE 19886-5153
21298776       Citgo Business Fleet,    PO Box 2224,    Birmingham, AL  35246-0017
21298778      +Citgo Gas,    Processing Center,    Des Moines, IA 50362-0001
21298779      +Citgo Petroleum Corp.,    PO Box 4689,    Houston, TX 77210-4689
21298780       Citi Card,    Processing Center,    Des Moines, IA  50363-0005
21298781      +Citi Mortgage,    PO Box 18340,    Columbus, OH 43218-0340
21298782      +Discover (Sam's Club),    PO Box 0013,    Orlando, FL 32802-0013
21298785      +Sears Credit,    PO Box 6189,    Siouz Falls, SD 57117-6189
21298787      +Shell Card Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
21298788      +Target,    PO Box 673,    Minneapolis, MN 55440-0673
21298790       Visa (Target),    PO Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21899986       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2015 01:36:38    Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
21298783      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2015 01:26:28    JC Penney Corp,    PO Box 965007,
               Orlando FL 32896-5007
21298784      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2015 01:28:28    Kohls Payment Center,
               PO Box 3115,    Milwaukee, WI 53201-3115
21298786       E-mail/Text: bankruptcy@bbandt.com Aug 29 2015 01:29:04    Sheffield FInancial,
               PO Box 580229,    Charlotte, NC 28258-0029
21610246       E-mail/Text: bankruptcy@bbandt.com Aug 29 2015 01:29:04    Sheffield Financial,    PO Box 1847,
               Wilson, NC 27894-1847
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21298789       Travelers Insurance,    PO Box 660317
21298777*      Citgo Business Fleet,    PO Box 2224,    Birmingham, AL  35246-0017
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2015 at the address(es) listed below:

```
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              E. Philip Groben    on behalf of Plaintiff Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Aug 28, 2015
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Plaintiff Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          John R Mack    on behalf of Joint Debtor Sharon  Brennecke macklaw@comcast.net
          John R Mack    on behalf of Debtor Vernon L Brennecke macklaw@comcast.net
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terence M Fenelon    on behalf of Defendant Litsia  Vago tmf523@comcast.net

                                                                                                     TOTAL: 10