# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRENNECKE, VERNON L | § | Case No. 13-46842 DRC |
| BRENNECKE, SHARON | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 114,000.00 *(Without deducting any secured claims)* | Assets Exempt: 42,250.00 |
| Total Distributions to Claimants: 14,509.79 | Claims Discharged Without Payment: 39,943.41 |
| Total Expenses of Administration: 12,857.33 | |

3) Total gross receipts of $ 27,367.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 27,367.12  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 158,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,857.33 | 12,857.33 | 12,857.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,139.00 | 14,784.20 | 14,784.20 | 14,509.79 |
| **TOTAL DISBURSEMENTS** | $ 225,139.00 | $ 27,641.53 | $ 27,641.53 | $ 27,367.12 |

    4) This case was originally filed under chapter 7 on 12/06/2013. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2016        By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| One Third Interest in R/E | 1110-000 | 27,367.12 |
| **TOTAL GROSS RECEIPTS** | | **$27,367.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage PO Box 18340 Columbus, OH 43218-3040 | | 154,000.00 | NA | NA | 0.00 |
| | Sheffield FInancial PO Box 580229 Charlotte, NC 28258-0029 | | 4,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 158,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,486.71 | 3,486.71 | 3,486.71 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 15.64 | 15.64 | 15.64 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| COHEN & KROL | 3110-000 | NA | 5,944.66 | 5,944.66 | 5,944.66 |
| GINA B. KROL | 3110-000 | NA | 3,072.34 | 3,072.34 | 3,072.34 |
| COHEN & KROL | 3120-000 | NA | 44.98 | 44.98 | 44.98 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,857.33 | $ 12,857.33 | $ 12,857.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 111.00 | NA | NA | 0.00 |
| | Carsons Signature PO Box 5253 Carol Stream, IL 60197 | | 107.00 | NA | NA | 0.00 |
| | Chase (ink) PO Box 15153 Wilmington, DE 19886- | | 17,887.00 | NA | NA | 0.00 |
| | Chase Amazon PO Box 15153 Wilmington, DE 19886-5153 | | 5,190.00 | NA | NA | 0.00 |
| | Chase Freedom PO Box 15153 Wilmington, DE 19886- | | 7,180.00 | NA | NA | 0.00 |
| | Citgo Business Fleet PO Box 2224 Birmingham, AL 35246-0017 | | 1,106.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citgo Business Fleet PO Box 2224 Birmingham, AL 35246-0017 | | 319.00 | NA | NA | 0.00 |
| | Citgo Gas Processing Center Des Moines, IA 50362--0300 | | 880.00 | NA | NA | 0.00 |
| | Citgo Petroleum Corp. PO Box 4689 Houston, TX 77077-1670 | | 412.00 | NA | NA | 0.00 |
| | Discover (Sam's Club) PO Box 0013 Orlando, FL 32896-0013 | | 2,556.00 | NA | NA | 0.00 |
| | JC Penney Corp PO Box 965007 Orlando FL 32896 | | 110.00 | NA | NA | 0.00 |
| | Kohls Payment Center PO Box 3115 Milwaukee, WI 53201 | | 109.00 | NA | NA | 0.00 |
| | Sears Credit PO Box 6189 Sioux Falls, SD 57117-6282 | | 108.00 | NA | NA | 0.00 |
| | Shell Card Center PO Box 6497 Sioux Falls, SD 57117 | | 129.00 | NA | NA | 0.00 |
| | Target PO Box 673 Minneapolis, MN 55440 | | 912.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Insurance PO Box 660317 | | 367.00 | NA | NA | 0.00 |
| | Visa (Target) PO Box 660170 Dallas, TX 75266-0170 | | 2,186.00 | NA | NA | 0.00 |
| 000001 | SHEFFIELD FINANCIAL | 7100-000 | NA | 2,401.03 | 2,401.03 | 2,356.46 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 10,960.00 | 11,187.13 | 11,187.13 | 10,979.49 |
| 000003 | CITIBANK, N.A. | 7100-900 | 16,510.00 | 1,196.04 | 1,196.04 | 1,173.84 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 67,139.00 | $ 14,784.20 | $ 14,784.20 | $ 14,509.79 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-46842 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BRENNECKE, VERNON L | | | Date Filed (f) or Converted (c): | 12/06/13 (f) |
| | BRENNECKE, SHARON | | | 341(a) Meeting Date: | 01/14/14 |
| For Period Ending: | 02/15/16 | | | Claims Bar Date: | 05/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 144,000.00 | 0.00 | | 0.00 | FA |
| 2. One Third Interest in R/E | 180,000.00 | 27,367.12 | | 27,367.12 | FA |
| 3. Cash | 150.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 300.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 9. A/R | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Dump Truck | 4,800.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Ford P/U | 3,400.00 | 0.00 | | 0.00 | FA |
| 12. 1989 Storage Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Landscaping Equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $336,250.00 | $27,367.12 | | $27,367.12 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review
August 05, 2015, 01:06 pm

Trustee is awaiting sale/settlement order. October 01, 2014, 01:44 pm

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.05c

Case 13-46842   Doc 41   Filed 03/10/16   Entered 03/10/16 14:12:59   Desc Main
Document   Page 9 of 11

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-46842   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | BRENNECKE, VERNON L | Date Filed (f) or Converted (c): | 12/06/13 (f) |
| | BRENNECKE, SHARON | 341(a) Meeting Date: | 01/14/14 |
| | | Claims Bar Date: | 05/22/14 |

Trustee filed an adversary to sell r/e free and clear of interests. Case was settled based upon filed claims.

February 22, 2014  2:12 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15


/s/     GINA B. KROL
_____     Date: 02/15/16
    GINA B. KROL

FORM 2     Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| | |
|---|---|
| Case No: | 13-46842 -DRC |
| Case Name: | BRENNECKE, VERNON L |
| | BRENNECKE, SHARON |
| Taxpayer ID No: | *******5758 |
| For Period Ending: | 02/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7657 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/14 | 2 | Litsia Vago | Sale Proceeds | 1110-000 | 27,367.12 | | 27,367.12 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 15.64 | 27,351.48 |
| 09/18/15 | 030002 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60606 | Final Distribution<br>Adversary Filing Fee14-00107 | 2700-000 | | 293.00 | 27,058.48 |
| 09/18/15 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60603 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 5,944.66 | 21,113.82 |
| 09/18/15 | 030004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60603 | Final Distribution<br>Attorneys' Expenses | 3120-000 | | 44.98 | 21,068.84 |
| 09/18/15 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 3,486.71 | 17,582.13 |
| 09/18/15 | 030006 | Gina B. Krol | Final Distribution<br>Attorneys' Fees | 3110-000 | | 3,072.34 | 14,509.79 |
| 09/18/15 | 030007 | Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Final Distribution<br>(1-1) Exmark lawn Mower | 7100-000 | | 2,356.46 | 12,153.33 |
| 09/18/15 | 030008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(2-1) CREDIT CARD DEBT | 7100-900 | | 10,979.49 | 1,173.84 |

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-46842 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BRENNECKE, VERNON L | Bank Name: | ASSOCIATED BANK |
|  | BRENNECKE, SHARON | Account Number / CD #: | *******7657 Checking Account |
| Taxpayer ID No: | *******5758 |  |  |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/18/15 | 030009 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Final Distribution | 7100-900 |  | 1,173.84 | 0.00 |

```
Account *******7657     Balance Forward        0.00
                     1  Deposits          27,367.12      9  Checks           27,367.12
                     0  Interest Postings      0.00      0  Adjustments Out      0.00
                                                         0  Transfers Out        0.00
                        Subtotal       $  27,367.12
                                                            Total         $  27,367.12
                     0  Adjustments In         0.00
                     0  Transfers In           0.00

                        Total          $  27,367.12
```

Trustee's Signature:    /s/    GINA B. KROL     Date: 02/15/16
                        GINA B. KROL

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 11)*      Ver: 19.05c